**UNITED STATES of America,**
**Appellee,**

v.

**Lamarr Dremell PARKS, Appellant.**

No. 06–2763.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 27, 2008.

Filed: July 11, 2008.

Daniel Christopher Tvedt, U.S. Attorney's Office, Cedar Rapids, IA, for Appellee.

Lamarr Dremell Parks, Terre Haute, IN, pro se.

Timothy R. Roellig, Serpico & Novelle, Chicago, IL, for Appellant.

Before BYE, RILEY, and MELLOY, Circuit Judges.

PER CURIAM.

After our earlier decision in *United States v. Parks*, 238 Fed.Appx. 187 (8th Cir.2007) (*Parks I* ), the United States Supreme Court vacated and remanded this case for reconsideration in light of *Kimbrough v. United States*, 552 U.S. ——, 128 S.Ct. 558, 169 L.Ed.2d 481 (2007). *Parks v. United States*, —— U.S. ——, 128 S.Ct. 1301, 170 L.Ed.2d 52 (2008). Pursuant to *Kimbrough*, "the cocaine Guidelines, like all other Guidelines, are advisory only . . . ." 128 S.Ct. at 564.

At sentencing, Parks maintained his argument the district court should impose a sentence below the Guidelines range on the basis of the crack/powder cocaine ratio. The record also demonstrates the district court would have, if permitted to do so, considered the impact of the crack/powder ratio on Parks's sentence. We therefore vacate the sentence and remand to the district court for reconsideration in light of *Kimbrough*. *See also United States v. Spears*, 533 F.3d 715, 716–17 (8th Cir.2008) (en banc).